# EXHIBIT A

CAUSE NO. 21-5527-442

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| ANNA MARIE STROH | § | |
| AND | § | 442nd JUDICIAL DISTRICT |
| JOHN STROH | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| K.M.S., A CHILD | § | DENTON COUNTY, TEXAS |
| | § | |

## AGEED FINAL DECREE OF DIVORCE

On this day, the Court heard this case.

1. **APPEARANCES**

    Petitioner, Anna Marie Stroh, did not appear in person but has agreed to the terms of this order as evidenced by Petitioner's signature below.

    Respondent, John Stroh, appeared in person with his counsel of record and announced an agreement was reached by the parties.

2. **RECORD**

    The making of a record of testimony was ~~waived by the parties with the consent of the Court.~~ recorded by the 442nd Court Reporter.

3. **JURISDICTION AND DOMICILE**

    The Court finds that the pleadings of Petitioner are in due form and contain all the allegations, information, and prerequisites required by law. The Court, after receiving evidence, finds that it has jurisdiction of this case and of all the parties and that at least sixty days have elapsed since the date the suit was filed.

    The Court further finds that, at the time this suit was filed, Petitioner had been a domiciliary of Texas for the preceding six-month period and a resident of the county in which this suit was filed for the preceding ninety-day period. All persons entitled to citation were properly cited.

4. **JURY**

1

7. 50% of the following joint bank accounts:

    a. Wells Fargo Prime Checking account ending in 2588;

    b. Wells Fargo Complete Advantage checking account ending in 7869;

    c. Wells Fargo Complete Advantage checking account ending in 0871;

    d. Wells Fargo Teen Checking account ending in 8743.

The parties are ORDERED to divide and close the above listed accounts within 7 days of the entry of this decree.

8. 50% of the Fidelity Salesforce 401(k) plan in Respondent's name as of the date of divorce such division more particularly described in the Qualified Domestic Relations Order to be entered by the Court within thirty days of the entry of this decree.

9. 100% of the vested and unvested Salesforce (CRM) stock options in Respondent's name.

10. The Cowboy Club at the Star membership.

11. 100% of any frequent flier benefits in Respondent's name.

12. 100% of the following real property, subject to the conditions of 16.5. below, including but not limited to any escrow funds, prepaid insurance, utility deposits, keys, house plans, home security access and code, garage door opener, warranties and service contracts, and title and closing documents:

STONE CREEK VILLAGE PH 1 BLK 33 LOT 12, Denton County Texas.

Such property is also more commonly known as 5533 Beacon Hill Drive, Frisco TX 75036. It is AGREED by the parties that Anna Marie Stroh shall have the exclusive right to continue to occupy the residence located at 5533 Beacon Hill Drive, Frisco TX 75036 until August 31, 2022. It is AGREED that John Stroh shall be responsible for all utilities, taxes, mortgage payments, and maintenance costs to keep the property in it's present condition up to $8,000 per month. If the monthly total for all utilities, taxes, mortgage payments, and maintenance costs to keep the property in its present condition is less than $8,000, the Respondent shall pay the difference to the Petitioner on or before the fifth day of the following month, via Zelle.

### 17.2. Property Awarded to Petitioner

**IT IS ORDERED AND DECREED** that Petitioner, Anna Marie Stroh, is awarded the following as Respondent's sole and separate property, and Respondent, John Stroh, is divested of all right, title, interest, and claim in and to that property:

1. All clothing, jewelry, and other personal effects in the possession of Petitioner or subject to Petitioner's sole control, except for any item awarded to Respondent in Exhibit A.

2. All household furniture, furnishings, fixtures, goods, art objects, collectibles, appliances, and equipment in the possession of Petitioner or subject to Petitioner's sole control as well as any personal property item listed in Exhibit B, except for any item awarded to respondent in Exhibit A.

3. All sums of cash in the possession of Petitioner or subject to Petitioner's sole control, including funds on deposit, together with accrued but unpaid interest, in banks, savings institutions, or other financial institutions, which accounts stand in Petitioner's sole name or from which Petitioner has the sole right to withdraw funds or which are subject to Petitioner's sole control.

4. All brokerage accounts, stocks, bonds, mutual funds, and securities registered in Petitioner's name, together with all dividends, splits, and other rights and privileges in connection with them.

5. 50% of the following joint bank accounts:

    a. Wells Fargo Prime Checking account ending in 2588;

    b. Wells Fargo Complete Advantage checking account ending in 7869;

    c. Wells Fargo Complete Advantage checking account ending in 0871;

    d. Wells Fargo Teen Checking account ending in 8743.

6. All policies of life insurance (including cash values) insuring Petitioner's life.

7. 50% of the Fidelity Salesforce 401(k) plan in Respondent's name as of the date of divorce such division more particularly described in the Qualified Domestic Relations Order to be entered by the Court.

8. As an equalization payment of the division of the community estate, the sum of $110,000.00 payable by Respondent to Petitioner due in equal monthly payments of $2,000.00 per month beginning on January 1, 2022 and due on the first of each month there for the following 54 months, via Zelle.

9. 100% of any frequent flier benefits in Petitioner's name.

**17.3. Obligations to Respondent**

**IT IS ORDERED AND DECREED** that Respondent, John Stroh, shall pay, as a part of the division of the estate of the parties, and shall indemnify and hold Petitioner, Anna Marie Stroh, and Petitioner's property harmless from any failure to so discharge, these liabilities:

**30. DATE OF JUDGMENT**

SIGNED on ___Dec. 20, 2021___ .

_____Tifa Hawlty_____
JUDGE PRESIDING

**APPROVED AS TO FORM ONLY:**

CORDELL & CORDELL, P.C.
Galleria North Tower II
13727 Noel Rd., Ste. 1050
Dallas, Texas 75240
Phone: 972.764.3754
Fax: 972.692.8936

By: _____
Benjamin Redleaf
SBN: 24077495
bredleaf@cordelllaw.com
Julianne O. Morgan
SBN: 24066167
Attorneys for Respondent

Armstrong Divorce & Family Law, PLLC
5850 Granite Parkway, Ste. 940
Plano, Texas 75024
Phone: 972.544.1664
Fax: 972.408.3455

By: _____
Rebecca L. Armstrong
SBN: 24062689
rebecca@armstronglawtexas.com
Melissa R. Cowle
SBN: 24101652

37

Attorneys for Petitioner

**AGREED AS TO FORM AND SUBSTANCE:**

_/s/ John S. Stroh_
John Stroh – Respondent

_/s/ Anna Marie Stroh_
Anna Marie Stroh - Petitioner