

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOHN T. STROH, | § | CASE NO. 24-41493 |
| | § | (Chapter 7) |
| DEBTOR | § | |
| ANNA MARIE STROH | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | ADV. NO. 24-04070 |
| | § | |
| JOHN T. STROH | § | |
|     Defendant. | § | |

## AGREED JUDGMENT

On this day came on for consideration the Original Complaint to Determine Dischargeability of Debt Pursuant to Section 523 of the United States Bankruptcy Code ("***Complaint***") (ECF 1) filed by Anna Marie Stroh ("***Plaintiff***") against John T. Stroh ("***Defendant***"). The parties, by and through their respective counsel have agreed to the entry of this Agreed Judgment. **IT IS THEREFORE,**

**ORDERED** that the following provision contained in the Agreed Final Decree of Divorce entered on December 20, 2021 in Cause No. 21-5527-442 in the 442nd Judicial District of Denton County and styled *In the Matter of the Marriage of Anna Marie Stroh and John Stroh and the Interests of K.M.S., a Child,* establishes a debt to a former spouse incurred in the course of a divorce decree in accordance with 11 U.S.C. §523(a)(15) which debt is nondischargeable pursuant to 11 U.S.C. §523(a)(15):

    **17.2 Property Awarded to Petitioner**

        **8.** "As an equalization payment of the division of the community estate, the sum of $110,000.00 payable by Respondent to Petitioner due in equal monthly payments of $2,000.00 per month beginning on January 1, 2022 and due on the first of each month thereafter for the following 54 months, via Zelle"

**IT IS FURTHER,**

**ORDERED** that as of December 11, 2024, the unpaid balance of the above nondischargeable obligation is $38,000.00. **IT IS FURTHER,**

**ORDERED** that all relief requested in the Complaint not expressly granted herein is denied, and this Agreed Judgment finally disposes of all claims and is intended to be a full and final judgment. **IT IS FURTHER,**

**ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the implementation or interpretation of this Agreed Judgment or the relief granted herein.

Signed on 12/17/2024

AGREED:

THE PAGE LAW FIRM
1125 Legacy Drive, Suite 320
Frisco, Texas 75034
(214) 618-2101 (Telephone)
theda@pagelawfirm.com (Email)

By: */s/ Théda W. Page*
    Théda W. Page

ATTORNEYS FOR PLAINTIFF

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 880-1805 (Telephone)
cmoser@qslwm.com (Email)

By: */s/ Christopher J. Moser*
    Christopher J. Moser

ATTORNEYS FOR DEFENDANT

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

Stroh,
    Plaintiff

Stroh,
    Defendant

Adv. Proc. No. 24-04070-jps

# CERTIFICATE OF NOTICE

District/off: 0540-4     User: admin     Page 1 of 2
Date Rcvd: Dec 17, 2024     Form ID: pdf400     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John T. Stroh, 4849 Glen Heather Drive, Frisco, TX 75034-2157 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Dec 18 2024 00:02:00 | U.S. Trustee, Office of the U.S. Trustee, 110 N. College Ave., Ste 300, Tyler, TX 75702-7231 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | *+ | John T. Stroh, 4849 Glen Heather Drive, Frisco, TX 75034-2157 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher J. Moser | on behalf of Defendant John T. Stroh cmoser@qslwm.com cprice@qslwm.com;kimhill@qslwm.com;fpatel@qslwm.com |
| Theda Whittington Page | on behalf of Plaintiff Anna Marie Stroh theda@pagelawfirm.com bridget@pagelawfirm.com;ecf123@casedriver.com |